THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE A. KOONCE, Appellant. [919 NYS2d 417]—

Present—Centra, J.P., Fahey, Carni, Green and Gorski, JJ.

In the Matter of VARREL MITCHELL, Petitioner, v JAMES L. BERBARY, Superintendent, Collins Correctional Facility, et al., Respondents. [919 NYS2d 458]—

Present—Centra, J.P., Fahey, Carni, Green and Gorski, JJ.